*Harold, pro se.*

No. 896. McCAMPBELL *v.* WARRICH CORP. ET AL. May 20, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Lewis H. Barnes* for petitioner. *Messrs. Harold L. Reeve* and *Elmer M. Leesman* for respondents.

No. 911. SPIVEY *v.* UNITED STATES. May 20, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. G. Ernest Jones* for petitioner. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. William W. Barron* and *Benj. M. Parker* for the United States.

No. 952. MALPUSS *v.* SANFORD, WARDEN. May 20, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Harry B. Malpuss, pro se.*

No. 944. DISTRICT OF COLUMBIA *v.* SWEENEY. May 20, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied in view of the fact that the tax is laid under a statute which has been repealed and the question is therefore not of public importance. *Messrs. Elwood H. Seal, Vernon E. West,* and *Glenn Simmon* for petitioner. *Mr. James J. Sweeney, pro se.*